AUSA: Tara Hindelang Telephone: (313) 226-9100

AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Ronnie Tucker Telephone: (313) 226-0500

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Craig Michael Vargovich

Case No.

Case: 2:26−mj−30677
Assigned To : Unassigned
Assign. Date : 10/28/2026
Description: RE: CRAIG MICHAEL VARGOVICH (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 21, 2026-Present in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Receipt of child pornography. |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of and access with intent to view child pornpography. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Ronnie Tucker, Special Agent-HSI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

[signature]
*Judge's signature*

Date: October 28, 2026

City and state: Detroit, Michigan

Hon. David R. Grand, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Ronnie Tucker, being first duly sworn, state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with Homeland Security Investigations (HSI) and have been since December 2025. Prior to joining HSI, I served as a State Trooper with the Michigan State Police for approximately eight years. I have successfully completed the Criminal Investigator Training Program (CITP) hosted at the Federal Law Enforcement Training center in Glynco, Georgia. From 2023 through 2025, while employed by the Michigan State Police, I served as a Detective Trooper assigned to the Lansing Computer Crimes Unit (CCU) Internet Crimes Against Children (ICAC) task force and led numerous investigations involving the sexual exploitation of children, including the possession, distribution, and production of child sexually abusive material (CSAM). During these investigations, I executed numerous residential and electronic device search warrants for evidence of CSAM and related offenses. I have also conducted forensic extractions and forensic imaging of electronic devices, including computer hard drives, flash drives, cellular telephones, tablets, and other digital storage media.

2. I have received training in child pornography and child exploitation and have reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. § 2252A. I am authorized by law to request an arrest warrant.

3. I make this affidavit in support of a criminal complaint and arrest warrant for Craig Michael VARGOVICH (DOB 1975) for violations of 18 U.S.C § 2252A(a)(2) (receipt of child pornography) and 18 U.S.C. § 2252A(a)(5)(B) (possession of and access with intent to view child pornography).

4. The statements contained in this affidavit are based in part on information provided by U.S. federal law enforcement agents, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents/officers, information gathered from investigative sources of information, and my experience, training, and background as a special agent.

5. Because this affidavit is being submitted for the limited purpose of securing authorization for the requested arrest warrant, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that VAROGVICH has violated the above-listed offenses.

**PROBABLE CAUSE**

6. During an investigation into the sharing of child pornography using peer-to-peer sharing software, law enforcement identified a device making files of child pornography available for download by others through the internet at a certain IP address ("the Suspect IP address").

*Law Enforcement Downloaded Child Pornography from the Suspect IP Address*

7. From June 21, 2026, to July 26, 2026, the Michigan State Police (MSP) downloaded approximately 2,000 files of child pornography and files depicting children in sexually suggestive or nude contexts from the Suspect IP address using specialized investigative software, including at least one image that meets the federal definition of child pornography. For example, one file obtained by MSP from the Suspect IP address on July 26, 2026, is a 3 minute 51 second video that was a compilation of multiple video clips and still images of child pornography that advertise a 2.4TB download of child pornography available through a certain type of browser.

8. Some of the clips contained in that single video file include: a prepubescent minor female exposing an adult male's penis, numerous clips involving the sexual penetration of multiple minors, a visual depiction of a pre-pubescent minor with a rope around her writst while an adult male is sexually penetrating her, and the lascivious display of minors' genitalia.

9. Additionally, a text file was included in the download from MSP on July 26, 2026, which described how to download the necessary software to access files. When an agent visited the cite, as instructed in the text file, the agent observed three advertisements for downloads of child pornography and the costs associated with each download. The website listed multiple anonymous payment options utilizing cryptocurrency. Additionally, still images of child pornography were visible on the website.

*Identifying Owner of the Suspect IP Address*

10. On July 28, 2026, HSI agents sent a summons to the internet service provide for the suspect IP address requesting information associated with IP address between July 20 and 28, 2026. On August 8, 2026, the internet service provider responded to the summons with the following information:

- Subscriber Name: Craig Vargovich
- Service Address: XXX XXXXXXX Rd., Michigan Center, MI 49254
- Telephone #: XXX-XXX-XX08
- Account Number: XXXXXXXXXXXXXXXX
- Start of Service: Unknown

11. A records check for VARGOVICH showed the same address listed as his residence for his Michigan driver's license.

12. Further information requested from the internet service provider, this time with port number and provided on September 18, 2026, indicated the registered subscriber information still matched the previous details obtained for VARGOVICH.

13. On October 23, 2026, agents used a law enforcement database to search for the suspect IP address. Through this search, agents learned that on September 8, 2026, an MSP detective obtained a direct connection to the suspect IP address and downloaded files described by the detective as follows:

a) "A collection of reel pictures of a wide age range of prepubescent females. Some reels depict females posing explicitly with genitalia exposed while others depict victims that appear to be under the age of 5 conducting sexual acts."

*Search Warrant Execution and Discovery of Child Pornography on VARGOVICH's Device*

14. Agents sought and obtained a federal search warrants for VARGOVICH's person and residence. On October 27, 2026, HSI and other law enforcement agents executed the search warrant at the residence in Michigan Center, Michigan. Agents located VARGOVICH inside the residence, along with numerous electronic devices.

15. During an onsite preview, an agent advised the IP address assigned to VARGOVICH's router matched the Suspect IP address from which law enforcement downloaded child pornography.

16. Further, a preview of VARGOVICH's laptop computer, revealed multiple videos that meet the definition of child pornography as defined in Title 18, United States Code, Section 2256, located within the "Documents" folder. The following are the descriptions of three videos of child pornography found in the laptop's document folder:

- A 15-second video file that depicts two pre-pubescent females engaging in sexual acts.
- A 12-second video that depicts the lascivious display of a pre-pubescent female's genitalia and anus. The pre-pubescent female pulls apart her buttocks which further reveal her vagina and anus. A male's voice can be heard in the background of the video.
- A 15-second video that shows a pre-pubescent female laying on her back and wearing only underwear, until the underwear is moved, exposing her vagina, and showing digital penetration of her vagina.

17. Additionally, VARGOVICH's laptop had a Russian web browser application open. A brief, on-scene review of the open application revealed

multiple open internet tabs with partial website names. Some of the notable names are described below:

- "Illegal porn with very young foreign girls…"
- "Young Sluts – very young nude girls…"
- "Nude kids from india girls and boys…"
- "12 yr old girls changing at gym – [HIDDEN CA…"
- "12 yr old Lolita girls nude …"
- "13 yr old Lolita anal f***ed on high heels…"
- "Teen Boy Gets His 12 Yr Old Sister Pregnant …"
- "Hidden Changing Room 12 college girl…"
- "Changing Room – MMS / SpyCamera / Hidden…"

18. I know from my training and experience that the term "Lolita" is a term that relates to sexually explicit imagery or sexual abuse of minor females.

*Interview with VARGOVICH*

19. During the execution of the warrant, and following the issuance and waiver of *Miranda* rights, agents spoke with VARGOVICH inside of an agent's vehicle parked in front of VARGOVICH's home.

20. During the interview VARGOVICH made the following statements:

- VARGOVICH admitted that he knew what the particular peer-to-peer sharing software was described it as "a way to download." He

said he used it to download files but has only been doing so for a short period of time.

- VARGOVICH admitted to knowing what child sexually abusive material is and described it as “child porn,” admitting that he has downloaded child pornography on several occasions, saying the peer-to-peer software “is full of it.” Although, he claimed that when he downloads child pornography he either “moves past it or deletes it,” and claimed not to be interested in child pornography.
- However, VARGOVICH stated he is not specifically interested in child pornography but does believe such material would likely be located on his computer inside of his residence. He stated he would download files with titles suggesting child pornography because it would lead him to the type of pornography that he preferred – like hidden camera or voyeurism.
- VARGOVICH also admitted that he sometimes takes women’s underwear when the opportunity arose.
- VARGOVICH admitted that he has purchased children’s underwear from what he described as a “reputable site,” or had the underwear sent to him, so that he could “smell” them.

**CONCLUSION**

21. Based on the foregoing, there is probable cause to believe Craig VARGOVICH has committed violations of 18 U.S.C. § 2252A(a)(2) (Receipt of Child Pornography), and 18 U.S.C. § 2252A(a)(5)(B) (Possession of and Access with Intent to View Child Pornography).

Respectfully submitted,

Ronnie Tucker, Special Agent-HSI

Sworn to before me and signed in my
Presence and/or by reliable electronic means.

Hon. David R. Grand
United States Magistrate Judge

Date: October 28, 2026